UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ALIREZA DABIRI, and )
RAY DABIRI, )
)
                Plaintiffs, )
)
v. )   Case No. 18-cv-526-HE
)
FOREMOST INSURANCE COMPANY )
GRAND RAPIDS, MICHIGAN, )
)
                Defendant. )

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COME NOW** the Plaintiffs, Alireza Dabiri and Ray Dabiri, and the Defendant, Foremost Insurance Company Grand Rapids, Michigan, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, jointly stipulate and agree to the dismissal of the above-captioned lawsuit with prejudice to the refilling thereof.

/s/ _____
Larry D. Biddulph, OBA #32973
231 North Broadway Street
Shawnee, OK 74801
larryblaw1@gmail.com
       - and -
E. Ed Bonzie, OBA #15190
8201 S. Walker Ave.
Oklahoma City, OK 73139
ed@edbonzielaw.com
**Attorneys for Plaintiffs**

/s/ _____
F. Thomas Cordell, OBA #1912
Amanda Mullins, OBA #30186
FRAILEY, CHAFFIN, CORDELL,
  PERRYMAN & STERKEL LLP
**Attorneys for Defendant**
201 North 4th Street
PO Box 533
Chickasha, OK 73023
T: (405) 224-0237
F: (405) 222-2319
tcordell@fccpsm.com
amullins@fccpsm.com